ANTHONY G. ZANAVICH *v.* BOARD OF EDUCATION
OF THE CITY OF WATERBURY

The defendant's petition for certification for appeal from the Appellate Court, 8 Conn. App. 508, is denied.

*Thomas E. Porzio,* in support of the petition.

*William J. Dolan,* in opposition.

Decided September 24, 1986

STATE OF CONNECTICUT *v.* MICHAEL CHIARIZIO

The defendant's petition for certification for appeal from the Appellate Court, 8 Conn. App. 673, is denied.

*William J. Tracy,* in support of the petition.

*Julia DiCocco Dewey,* assistant state's attorney, in opposition.

Decided September 24, 1986

LAURIE L. AMES *v.* SEARS, ROEBUCK AND COMPANY

The defendant's petition for certification for appeal from the Appellate Court, 8 Conn. App. 642, is denied.

*Philip S. Walker* and *Steven M. Greenspan,* in support of the petition.

*Frank N. Eppinger,* in opposition.

Decided September 24, 1986

STATE OF CONNECTICUT *v.* NELSON L. MILLETT

The defendant's petition for certification for appeal from the Appellate Court, 8 Conn. App. 467, is denied.

*Edward J. Gallagher,* in support of the petition.

Decided October 10, 1986